IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DATA AXLE, INC., a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>B2B Leo LLC, a New York Limited Liability Company;<br><br>Defaulted Defendant. | 8:21CV331<br><br>ORDER |

An entry of default was entered in this case on October 18, 2021. The clerk's entry of default was mailed to Defendant B2B Leo LLC, and the mailing was not returned. Defendant has not moved to set aside the entry of default.

Accordingly, IT IS ORDERED:

1) Plaintiff is given until January 3, 2022, to move for either a default judgment or for dismissal.

2) The clerk shall mail a copy of this order to Defendant at:
   B2B Leo LLC
   c/o The LLC, Registered Agent
   7026 Groton Street
   Forest Hills, NY 11375

Dated this 30th day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge